# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JUAN CARLOS DE LA PENA AND ALMA DE LA PENA, | § § § § § | |
| Plaintiffs, | | |
| v. | § § § | CIVIL ACTION NO.: 3:16-cv-02597-B |
| STATE FARM LLOYDS AND JESSICA RIVERA, | § § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs Juan Carlos De La Pena and Alma De La Pena ("Plaintiffs") and Defendants State Farm Lloyds and Jessica Rivera ("Defendants") announce to the Court that the parties have resolved all claims between and among them in this matter. Therefore, Plaintiffs and Defendants hereby move that this matter be dismissed, with prejudice, as to any and all claims which Plaintiffs brought, or could have brought, in this case against Defendants.

For the reasons stated, the parties respectfully request that the Court grant this Joint Stipulation of Dismissal with Prejudice and enter an Order of Dismissal with Prejudice. The parties request all such other and further relief to which they may be justly entitled.

Respectfully Submitted,

_____
RENE M. SIGMAN
State Bar No. 24037492
J. RYAN FOWLER
State Bar No. 24058357
rmsdocketefile@mostynlaw.com
**MOSTYN LAW FIRM**
3810 West Alabama Street
Houston, Texas 77027
(713) 714-0000 (Telephone)
(713) 714-1111 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**


/s/ W. Neil Rambin
W. NEIL RAMBIN
State Bar No. 16492800
RambinDocket@dbr.com
D. ALEXANDER HARRELL
State Bar No. 24055624
alex.harrell@dbr.com
SARA E. INMAN
State Bar No. 24073098
sara.inman@dbr.com
**DRINKER BIDDLE & REATH, LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on the 23rd day of March, 2017.

Rene M. Sigman
J. Steve Mostyn
The Mostyn Law Firm
3810 West Alabama Street
Houston, Texas 77027

                                                */s/ W. Neil Rambin*
                                                W. NEIL RAMBIN